| | |
|---|---|
| 1 | LAW OFFICES OF LAURENCE F. PADWAY |
| | Laurence F. Padway (SBN: 89314) |
| 2 | 1516 Oak Street, Suite 109 |
| | Alameda, California 94501 |
| 3 | Telephone: (510) 814-0680 |
| | Facsimile: (510) 814-0650 |
| 4 | Email: lp@padway.com |
| 5 | ORECK AND ORECK |
| | Eugene R. Oreck (SBN: 67040) |
| 6 | 1939 Harrison Street, #320 |
| | Oakland, California 94612 |
| 7 | Telephone: (510) 444-1555 |
| | Facsimile: (510) 836-3136 |
| 8 | |
| | Attorneys for Plaintiff |
| 9 | ELIZABETH GALLOWAY |
| 10 | SEYFARTH SHAW LLP |
| | Carolyn A. Knox (SBN 181317) |
| 11 | Robin M. Cleary (SBN 192489) |
| | 560 Mission Street, Suite 3100 |
| 12 | San Francisco, California 94105 |
| | Telephone: (415) 397-2823 |
| 13 | Facsimile: (415) 397-8549 |
| | Email: cknox@seyfarth.com, rcleary@seyfarth.com |
| 14 | |
| | Attorneys for Defendant |
| 15 | NEW UNITED MOTOR MANUFACTURING INC. DISABILITY INSURANCE INCOME |
| | PLAN and Real Party in Interest LIFE INSURANCE COMPANY OF NORTH AMERICA |

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ELIZABETH GALLOWAY, | ) | Case No. C 05-03787 CRB |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO EXTEND TIME TO** |
| | ) | **FILE A RESPONSIVE PLEADING TO** |
| v. | ) | **PLAINTIFF'S COMPLAINT** |
| | ) | |
| NEW UNITED MOTOR MANUFACTURING | ) | [L.R. 6-1(a)] |
| INC. DISABILITY INSURANCE INCOME | ) | |
| PLAN | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| LIFE INSURANCE COMPANY OF NORTH | ) | |
| AMERICA, | ) | |
| | ) | |
| Real Party in Interest | ) | |

1

Stipulation to Extend Time to File a Responsive Pleading to Plaintiff's Complaint
C 05-03787 CRB

1  Pursuant to Local Rule 6-1(a), Plaintiff Elizabeth Galloway and Defendant New United
2  Motor Manufacturing Inc. Disability Insurance Income Plan and Real Party in Interest Life
3  Insurance Company of North America (collectively "Defendants") hereby stipulate to extend the
4  time in which Defendants may file their responsive pleading to October 31, 2005.

5  DATED: ~~September~~ 10/05, 2005

      LAW OFFICES OF LAURENCE F. PADWAY

      By _____
      Laurence F. Padway
      Attorneys for Plaintiff
      ELIZABETH GALLOWAY

12  DATED: ~~September~~ October 5, 2005

      SEYFARTH SHAW LLP

      By _____
      Carolyn A. Knox
      Robin M. Cleary
      Attorneys for Defendant
      NEW UNITED MOTOR MANUFACTURING INC. DISABILITY INSURANCE INCOME PLAN and Real Party in Interest LIFE INSURANCE COMPANY OF NORTH AMERICA

SF1 28220879.1

**APPROVED**
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

Stipulation to Extend Time to File a Responsive Pleading to Plaintiff's Complaint