LAW OFFICES OF LAURENCE F. PADWAY
Laurence F. Padway (SBN: 083914)
1516 Oak Street, Suite 109
Alameda, CA 94501
Telephone: (510) 814-0680
Facsimile: (510) 814-0650

ORECK AND ORECK
Eugene R. Oreck (SBN: 67040)
1939 Harrison Street, #320
Oakland, CA 94612
Telephone: (510) 444-1555
Facsimile: (510) 836-3136

Attorneys for Plaintiff
ELIZABETH GALLOWAY

SEYFARTH SHAW LLP
Carolyn A. Knox (SBN 181317)
Robin M. Cleary (SBN 192489)
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549
Email: cknox@seyfarth.com, rcleary@seyfarth.com

Attorneys for Defendants
NEW UNITED MOTOR MANUFACTURING INC. DISABILITY INSURANCE INCOME
PLAN and LIFE INSURANCE COMPANY OF NORTH AMERICA

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH GALLOWAY, <br><br> Plaintiff, <br><br> v. <br><br> NEW UNITED MOTOR MANUFACTURING INC. DISABILITY INSURANCE INCOME PLAN, <br><br> Defendant. <br><br> ———————————————— <br><br> LIFE INSURANCE COMPANY OF NORTH AMERICA, <br><br> Real Party in Interest <br> ———————————————— | Case No. C 05-03787 CRB <br><br> **STIPULATION FOR ENTRY OF JUDGMENT AND [PROPOSED] ORDER** |

1
Stipulation For Entry of Judgment & [Proposed] Order/ C 05-03787 CRB

1  Elizabeth Galloway ("Plaintiff") and Defendants New United Motor Manufacturing Inc.
2  Disability Insurance Income Plan ("Plan") and Life Insurance Company Of North America
3  ("LINA") (collectively "Defendants") have reached a settlement of this matter.  The parties
4  request that the Court enter judgment that this litigation has been settled and terminated subject
5  to the terms of the Confidential Settlement Agreement and General Release ("Agreement"), to be
6  filed with this Court under seal to ensure confidentiality.   The parties request that the Court enter
7  judgment enforcing the terms of the Agreement.

8  DATED: April 28, 2006                       LAW OFFICES OF LAURENCE F.
                                               PADWAY

                                                        /S/ LAURENCE F. PADWAY
                                               By_____
                                                        Laurence F. Padway
                                               Attorneys for Plaintiff
                                               ELIZABETH GALLOWAY

14 DATED: April 28, 2006                       SEYFARTH SHAW LLP

                                                        /S/ CAROLYN A. KNOX
                                               By _____
                                                        Carolyn A. Knox
                                                        Robin M. Cleary
                                               Attorneys for Defendants
                                               NEW UNITED MOTOR
                                               MANUFACTURING INC. DISABILITY
                                               INSURANCE INCOME PLAN and LIFE
                                               INSURANCE COMPANY OF NORTH
                                               AMERICA

### JUDGMENT BY THE COURT

On stipulation of the parties, the Court enters the Confidential Settlement Agreement and General Release of Claims, to be filed with this Court under seal, as its judgment in the within action.  The Court shall enforce the terms of the Confidential Settlement Agreement and General Release.

DATED: _____May 01_____, 2006

                                               _____
                                               HON. CHARLES R. BREYER
                                               UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Charles R. Breyer*