| | |
|---|---|
| 1 | LAW OFFICES OF LAURENCE F. PADWAY |
| | Laurence F. Padway (SBN: 083914) |
| 2 | 1516 Oak Street, Suite 109 |
| | Alameda, CA 94501 |
| 3 | Telephone: (510) 814-0680 |
| | Facsimile: (510) 814-0650 |
| 4 | |
| | ORECK AND ORECK |
| 5 | Eugene R. Oreck (SBN: 67040) |
| | 1939 Harrison Street, #320 |
| 6 | Oakland, CA 94612 |
| | Telephone: (510) 444-1555 |
| 7 | Facsimile: (510) 836-3136 |
| 8 | Attorneys for Plaintiff |
| | ELIZABETH GALLOWAY |
| 9 | |
| 10 | SEYFARTH SHAW LLP |
| | Carolyn A. Knox (SBN 181317) |
| 11 | Robin M. Cleary (SBN 192489) |
| | 560 Mission Street, Suite 3100 |
| 12 | San Francisco, California 94105 |
| | Telephone: (415) 397-2823 |
| 13 | Facsimile: (415) 397-8549 |
| | Email: cknox@seyfarth.com, rcleary@seyfarth.com |
| 14 | |
| | Attorneys for Defendants |
| 15 | NEW UNITED MOTOR MANUFACTURING INC. DISABILITY INSURANCE INCOME |
| | PLAN and LIFE INSURANCE COMPANY OF NORTH AMERICA |

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ELIZABETH GALLOWAY, | ) | Case No. C 05-03787 CRB |
| | ) | |
| Plaintiff, | ) | **STIPULATION REGARDING FILING** |
| | ) | **CONFIDENTIAL SETTLEMENT** |
| v. | ) | **AGREEMENT AND MUTUAL** |
| | ) | **RELEASE UNDER SEAL PURSUANT** |
| NEW UNITED MOTOR MANUFACTURING | ) | **TO LOCAL RULE 79-5 AND** |
| INC. DISABILITY INSURANCE INCOME | ) | [~~PROPOSED~~] **ORDER** |
| PLAN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| | ) | |
| LIFE INSURANCE COMPANY OF NORTH | ) | |
| AMERICA, | ) | |
| | ) | |
| Real Party in Interest | ) | |
| _____ | ) | |

1

Stipulation Re: Filing Confidential Settlement Agmt. Under Seal / C 05-03787 CRB

1  Per Local Rules 79-5 and 7-11, Defendants New United Motor Manufacturing Inc.
2  Disability Insurance Income Plan ("Plan") and Life Insurance Company Of North America
3  ("LINA") (collectively "Defendants") seek to file the Confidential Settlement agreement and
4  General Release under seal to ensure its confidentiality.   Plaintiff Elizabeth Galloway does not
5  object to this proposed filing under seal.

6  IT IS SO STIPULATED

7  DATED: May 1, 2006                    LAW OFFICES OF LAURENCE F. PADWAY
8

9
                                        /S/ LAURENCE F. PADWAY
10                                  By_____
                                        Laurence F. Padway
11                                  Attorneys for Plaintiff
                                    ELIZABETH GALLOWAY
12

13 DATED: May 1, 2006                    SEYFARTH SHAW LLP
14
                                        /S/ CAROLYN A. KNOX
15                                  By _____
                                        Carolyn A. Knox
16                                      Robin M. Cleary
                                    Attorneys for Defendants
17                                  NEW UNITED MOTOR
                                    MANUFACTURING INC. DISABILITY
18                                  INSURANCE INCOME PLAN and LIFE
                                    INSURANCE COMPANY OF NORTH
19                                  AMERICA

20                          **ORDER**

21  Pursuant to the stipulation of the parties, the Confidential Settlement Agreement and
22  General Release will be filed under seal.

23  IT IS SO ORDERED.

24  DATED: _____May 5_____, 2006
                                        _____
25                                      HON. CHARLES R. BREYER
                                        UNITED STATES DISTRICT JUDGE
26

27

28

SF1 28236660.1                              2
Stipulation Re: Filing Confidential Settlement Agmt. Under Seal / C 05-03787 CRB